**Order entered November 7, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00987-CV

## THE CITY OF GARLAND, TEXAS, Appellant

### V.

## JERRY KILLIAN, Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-00723**

## ORDER

The reporter's record in this appeal has not been filed despite our September 27, 2018 directive to Sharron Rankin to file it within ten days or verify in writing no hearings were recorded or appellant had not requested the record. Accordingly, we **ORDER** Ms. Rankin to file, no later than November 26, 2018, either the record or the requested verification. *We caution appellant that the appeal may be submitted without the reporter's record if we receive verification the record has not been requested.* *See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Rankin and the parties.

/s/ DAVID EVANS
JUSTICE